# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# Pikeville Division

**Danny Johnson,**
**SSN: xxx-xx-xxxx**

    **Plaintiff,**

v.                                                                                     Action No. 7:16-cv-96-JMH

**Carolyn W. Colvin**
**Acting Commissioner of Social Security**

    **Defendant.**

## MOTION FOR SUMMARY JUDGMENT

COMES NOW the Plaintiff, Danny Johnson, by counsel and moves this Court for summary judgment in favor of the Plaintiff on the grounds stated in the Memorandum in Support of Plaintiff's Motion for Summary Judgment filed in this cause.

                                                  Respectfully submitted,

                                                  _/s/ John O. Goss_
                                                  John O. Goss, Esq.
                                                  Pro Hac Vice
                                                  Va. State Bar # 17333
                                                  GOSS & FENTRESS, PLC
                                                  735 Newtown Road Suite 100
                                                  Norfolk, Virginia 23502
                                                  Telephone: (757) 466-1095
                                                  E-mail: johngoss@gossandfentress.com
                                                  Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that, on November 7, 2016, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following file user(s):

John S. Osborn, III
Assistant United States Attorney
Attorney for the Defendant
Office of the United States Attorney
260 W. Vine Street
Suite 300
Lexington, KY 40507-1612
Telephone: (859) 685-4812
Facsimile: (859) 233-2533
Email: John.Osborn@usdoj.gov

/s/ John O. Goss
John O. Goss, Esq.
Pro Hac Vice
Va. State Bar # 17333
GOSS & FENTRESS, PLC
735 Newtown Road Suite 100
Norfolk, Virginia 23502
Telephone: (757) 466-1095
E-mail: johngoss@gossandfentress.com
Counsel for Plaintiff